IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE FRANK WRIGHT, JR.,

    Plaintiff,

  v.

Case No. 19-cv-640-wmc

WEST BEND,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 8/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |